GEORGIA RAILROAD AND BANKING COMPANY *v.* HEARD.

EVANS, J. 1. Only the general grounds of the motion for new trial were referred to or argued in the brief of the plaintiff in error. The special assignments of error which were not referred to in the brief will be treated as abandoned.

2. The evidence was sufficient to uphold the verdict.

*Judgment affirmed. All the Justices concur.*

Submitted April 24.—Decided July 10, 1907.

Action for damages. Before Judge Lewis. Greene superior court. July 21, 1906.

*Joseph B. & Bryan Cumming* and *James B. & Noel P. Park,* for plaintiff in error. *Miles W. Lewis,* contra.